## TERRY v. TERRY

No. 243 PC

No. 105 (Fall Term)

Case below: 46 NC App 583

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 15 August 1980.

## VICKERY v. CONSTRUCTION CO.

No. 301 PC

Case below: 47 NC App 98

Petition by defendants for discretionary review under G.S. 7A-31 denied 15 August 1980.

## WALKER v. INSURANCE CO.

No. 65

Case below: 47 NC App 375

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 15 August 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 15 August 1980.

## WILHITE v. VENEER CO.

No. 390 PC

No. 136 (Fall Term)

Case below: 47 NC App 434

Petition by defendants for discretionary review under G.S. 7A-31 allowed 16 September 1980.

## WILLIAMS v. STATE BAR

No. 278 PC

Case below: 46 NC App 824

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 August 1980.